Daniel Presson Senio<sup>r</sup> plaint. ag<sup>t</sup> Matthew Gannet junio<sup>r</sup> Defend<sup>t</sup> The plaint. withdrew his action.

### NEWCOMB agt. WARDELL

Andrew Newcomb plaint. ag<sup>t</sup> James Wardell Def<sup>t</sup> in an action of the case for that the s<sup>d</sup> Wardell refuseth to pay one third part of a fine of Fifteen pound & fees of Court; which the s<sup>d</sup> Newcomb was Sentenced to pay at the Court of Assistants in. 7<sup>br</sup> last for running upon a small boate wherein was severall worthy Gentlemen in which action the s<sup>d</sup> Wardall was equally concerned being s<sup>d</sup> Newcombs mate and with him at the same time upon equall shares as aboves<sup>d</sup> and yet refuseth to pay part of the fine whereby the s<sup>d</sup> Newcomb is damnified above five pounds in mony with other due damages according to attachm<sup>t</sup> dat<sup>d</sup> Feb<sup>r</sup> 6° 1676. . . . The Jury . . . found for the Def<sup>t</sup> costs of Court allow<sup>d</sup> Seven Shillings and four pence.

[ See Newcomb's Sentence, above, pp. 695-7.]

### ORCHARD agt. GILBERT

Robert Orchard plaint. ag<sup>t</sup> William Gilbert Defend<sup>t</sup> in an action of the case for not paying the summe of twelue pound the s<sup>d</sup> Gilbert was obliged to pay unto the s<sup>d</sup> Orchard [ 438 ] in mony or worke to the value thereof & all other due damages according to attachm<sup>t</sup> dat<sup>d</sup> February. 7° 1676. . . . The Jury . . . found for the plaintife Six pound four shillings mony or worke to the value thereof and costs of Court allow<sup>d</sup> twenty nine Shillings and four pence.

Execucion issued pr° May. 1677.

[ S. F. 162161

To y<sup>e</sup> hon<sup>r</sup>ble y<sup>e</sup> Court of Assistants

The humble Petition of Robert Orchard Feltmaker Humbly Sheweth

That yo<sup>r</sup> Pet<sup>r</sup> haveing Jn England entertained a Serv<sup>t</sup> named W<sup>m</sup> Gilbert to Serve him Jn New Engl<sup>d</sup> in his Trade & Calling for two years & hath been att

great Charge to Remove & Transport his s$^d$ Serv$^t$ & [*torn*] from Engld And After some time of Service heer his s$^d$ Serv$^t$ being [*torn*] by Evill Councellors absented himselfe from his Jmploym$^t$: And vpon yo$^r$ [*torn*] Address & Compl$^t$ To y$^e$ Hon$^r$d Govern$^r$ his Hon$^r$ saw Cause if yo$^r$ Pet$^r$ had not Jnterceeded & Remitted his Serv$^{ts}$ Delinquency to have Committed him To Prison However ordered him vpon his perill to Returne to yo$^r$ Pet$^{rs}$ Service Notwithstanding all which y$^e$ s$^d$ Serv$^t$ Regarded not y$^e$ Govern$^{rs}$ Commands nor his owne Duty but Absented himselfe for some Considerable Space from yo$^r$ Pet$^r$ (and as hee was Jnformed) Jndeavoured to Transport himselfe for Jamaica Wherevpon yo$^r$ Pet$^r$ To prevent his Escape & to Recover Reparacion by some Addition of time for his Damage by y$^e$ neglect of his Service & Extraordinary Charge vpon him by Attachm$^t$ Committed him To prison Where by y$^e$ Countenance & Supply of some Contentious persons hee hath Sett vp & practices his Trade refuseing to returne againe To yo$^r$ pet$^{rs}$ Jmployment.

Yo$^r$ pet$^r$ Therefore humbly Commends y$^e$ matter to yo$^r$ Prud$^t$ Consideracion & of what ill Consequence it may bee y$^t$ y$^e$ place y$^t$ is appointed to restraine & punish Refractory Serv$^{ts}$ should bee Jmprooved for their freedome and Advantage & to y$^e$ punishm$^t$ & Jnjury of their Masters And humbly Craves yo$^r$ Just Sentence for his Redress & The prevention of y$^e$ like pernitious practices for y$^e$ future

And yo$^r$ pet$^r$ Shall ever pray

Robert Orchard

[*Endorsed:*] orchards petitio$^n$ 13. m$^r$ch 1676]